UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Brian Bommarito<br><br>     Plaintiff,<br><br>v.<br><br>Midland Credit Management, Incorporated<br><br>     Defendant. | Case No. 2:14-cv-14843-LJM-DRG<br><br>Judge: Laurie J. Michelson<br><br>Magistrate Judge: David R. Grand |

## ORDER

This matter having come before the Court on the Stipulation of Dismissal with Prejudice submitted by the parties;

IT IS HEREBY ORDERED that the above-captioned case is hereby dismissed with prejudice, with each party to bear its own costs and fees.

                              s/Laurie J. Michelson
                              LAURIE J. MICHELSON
                              UNITED STATES DISTRICT JUDGE

Dated:  March 19, 2015

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 19, 2015.

                              s/Jane Johnson
                              Case Manager to
                              Honorable Laurie J. Michelson